JAMES MORRISON, Respondent, v. HARRISON M. HAVERBECK, Appellant.— Order granting plaintiff's motion to vacate notice to produce for copying and inspection affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

NATIONAL DRY DOCK & REPAIR CO., INC., Respondent, v. UNITED STATES MERCHANTS AND SHIPPERS INSURANCE COMPANY, Appellant.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

NATHAN E. NEWMAN, Appellant, v. MARTYNE H. NEWMAN, Respondent.— Appeal dismissed, with costs. The judgment appealed from was entered by default, and plaintiff's remedy was by motion to open the default and not by an appeal from the judgment. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

BERTHA OLIVER, Appellant, v. DOMINICK PANNETTA, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE FEUCHTBAUM, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the law and the facts and a new trial ordered. The evidence before the court did not show that the defects in the brake and in the horn of the appellant's car showed culpable negligence which contributed to the bodily injury of the child Samuel Storchheim. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS POSNER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SINGER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ROSS, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.— Order dismissing writ of habeas corpus affirmed. (People ex rel. Mongno v. Lawes, 225 App. Div. 193; People ex rel. Ross v. Lawes, 227 id. 464.) Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

REALTY ASSOCIATES SECURITIES CORPORATION, Respondent, v. IMPROVED ESTATES, INC., and Others, Defendants, and No. 5000 FIFTEENTH AVENUE CORPORATION, and Others, Appellants.— Order denying appellants' motion for leave to file nunc pro tunc exceptions to the findings of fact and conclusions of law, to submit proposed findings and conclusions, to file and serve exceptions to refusals to find and to open default in making and serving their case on appeal affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Hagarty, Carswell, Tompkins and Davis, JJ., concur.